


# Diagnostic Evaluation

Name: Tony Kelly

Date of Evaluation: 3-2-15

Age: 42

Evaluator: Joyce M. Gayles, PhD
Clinical Psychologist

## Reason for Referral

Ms. Tony Kelly is one of the Plaintiffs in Civil Action No: 4:14-cv-00740. She was referred for a diagnostic evaluation by her attorney, Ms. Rhonda Session. The referral question was whether Ms. Kelly had suffered any emotional pain, humiliation, mental anguish (past and future), and/or loss of enjoyment of life as a result of the incident that occurred at the Waffle House Restaurant in Baytown, Texas on or about January 22, 2012. Details of the incident are contained in the Plaintiffs' Second Amended Complaint.

Ms. Kelly was seen at my office in Bellaire, Texas on March 2, 2015. Ms. Kelly underwent a Diagnostic Evaluation based on the criteria set forth in Diagnostic & Statistical Manual 5 (DSM-5). The evaluation consisted of a structured clinical interview lasting approximately 60 minutes

## Results of Evaluation

Results of the evaluation show that Ms. Kelly did suffer immediate humiliation, emotional pain, and mental anguish as a result of the incident on January 22, 2012. She reports that her immediate reaction in the situation was to "be shocked and ashamed because [she] have recommended the place." She reports that she felt "violated and humiliated" by the actions and statements of the waitress and was "most fearful and intimidated when standing near the cash register and while outside." At that point, Ms. Kelly says that she "thought [her] life

was totally in danger," and she rated her fear as a 10 (on a 1-10 point scale). Ms. Kelly had an immediate dissociative reaction, in that she states that "the whole environment became a blur." She further describes "feeling tormented" and "crying uncontrollably" upon returning to the hotel where she and her companions were staying.

Ms. Kelly does not report chronic symptoms of mental anguish or emotional pain related to the incident. She denies any distressing, intrusive memories of the incident at this point. She reports that she experienced "a few sleepless nights after it happened," but has no current sleep disturbance or nightmares. Although she has talked about the incident with friends, co-workers, and her two grown children, she reports that she does avoid talking about the incident now because she "becomes angry when [she] relives it."

For Ms. Kelly, the long term effect of the incident has been some loss of the enjoyment of life in that her "sense of safety and security in being out and about" has greatly diminished, and she has "withdrawn from a lot of going out." She reports that she is "nervous and unsure" of herself when she in a restaurant. Her "thought process about how people are has changed," in that she is hypervigilant and "wonders who might be against her."

## Summary & Recommendations

Although Ms. Kelly experienced significant acute stress and distress during and immediately following the incident, she is not suffering from Post-Traumatic Stress Disorder (PTSD) as a result of what occurred to her and her companions at the Waffle House Restaurant in Baytown, Texas on or about January 22, 2012.

No specific recommendations are made based on this evaluation.

Should you have any questions or need additional information, please contact me at 713-667-6047 or at drgayles@transformationworks.com.

Joyce M. Gayles, PhD
Clinical Psychologist
License No: TX22969




Achieve your professional and personal goals and more

# Diagnostic Evaluation

Name: Sharon McLaurin | Date of Evaluation: 2-10-15

Age: 51 | Evaluator: Joyce M. Gayles, PhD
Clinical Psychologist

## Reason for Referral

Ms. McLaurin is one of the Plaintiffs in Civil Action No: 4:14-cv-00740. She was referred for a diagnostic evaluation by her attorney, Ms. Rhonda Session. The referral question was whether Ms. McLaurin had suffered any emotional pain, humiliation, mental anguish (past and future), and/or loss of enjoyment of life as a result of the incident that occurred at the Waffle House Restaurant in Baytown, Texas on or about January 22, 2012. Details of the incident are contained in the Plaintiffs' Second Amended Complaint.

Ms. McLaurin was seen at my office in Bellaire, Texas on February 10, 2015. Ms. McLaurin underwent a Diagnostic Evaluation based on the criteria set forth in Diagnostic & Statistical Manual 5 (DSM-5). The evaluation consisted of a structured clinical interview lasting approximately 60 minutes

## Results of Evaluation

Results of the evaluation show that Ms. McLaurin meets the diagnostic criteria for Post Traumatic Stress Disorder (309.81). Ms. McLaurin was "in fear of losing [her] life." Her

immediate reactions in the situation included extreme fear (rated 10 on a 10 scale) and a dissociative reaction ("it got dark, it felt pitch dark, even though there were lights"). Ms. McLaurin reports experiencing chronic symptoms (more than 6 months) , such as 1) recurrent, involuntary, and intrusive distressing memories of the traumatic event; 2) dissociative reactions (i.e., flashbacks) in which she feels as if the traumatic events are recurring; 3) avoidance of external reminders (people, places, situations) that might arouse the distressing memories; 4) persistent negative emotions, including sadness, anger, and frustration; 5) a generalized diminished sense of safety and loss of pleasure in life; 6) negative changes in her self-perception and perception of others, and 7) worry and hypervigilance.

Ms. McLaurin describes that these symptoms affect her personal life and her work. She states that she finds herself "on guard and defensive" with others which has caused her to "not seek new clients" for her cleaning service business and to be "more uncomfortable with people" in her work as tour guide. She also works part time with Shepard ISD, and states that she is "less talkative and engaged" with her students since the incident.

Ms. McLaurin does not appear to have had any traumatic or highly distressing experiences prior to this incident. She describes herself, prior to the incident as "feeling safe and secure," and as "amazing, outgoing, fun, loving, giving, and patient." She states that she had "never been fearful" until the incident. Ms. McLaurin is unable to fully comprehend what happened, in that she says that she "never expected anyone to feel that way about [her] when they didn't know [her] or anyone in [her] family."

## Summary & Recommendations

At the time of the incident Ms. McLaurin was in fear of losing her life and experienced significant emotional pain and mental anguish. She is continuing to experience emotional pain, mental anguish, and loss of the enjoyment of life as evidenced by the symptoms of Post-Traumatic Stress (PTSD) that have resulted from the traumatic incident that occurred to her and her companions at the Waffle House Restaurant in Baytown, Texas on or about January 22, 2012. She meets the DSM5 criteria for PTSD.

In order to return to full pre-traumatic functioning, Ms. McLaurin will need psychological treatment, including but not limited to psychotherapy with a focus on trauma resolution and esteem building.

Should you have any questions or need additional information, please contact me at 713-667-6047 or at drgayles@transformationworks.com.

Joyce M. Gayles

**Joyce M. Gayles, PhD**
**Clinical Psychologist**
**License No: TX22969**




Achieve your professional and personal goals and more

# Diagnostic Evaluation

Name: Cottrell McLaurin

Age: 47

Date of Evaluation: 2-10-15

Evaluator: Joyce M. Gayles, PhD
Clinical Psychologist

## Reason for Referral

Mr. Cottrell McLaurin is one of the Plaintiffs in Civil Action No: 4:14-cv-00740. He was referred for a diagnostic evaluation by his attorney, Ms. Rhonda Session. The referral question was whether Mr. McLaurin had suffered any emotional pain, humiliation, mental anguish (past and future), and/or loss of enjoyment of life as a result of the incident that occurred at the Waffle House Restaurant in Baytown, Texas on or about January 22, 2012. Details of the incident are contained in the Plaintiffs' Second Amended Complaint.

Mr. McLaurin was seen at my office in Bellaire, Texas on February 10, 2015. Mr. McLaurin underwent a Diagnostic Evaluation based on the criteria set forth in Diagnostic & Statistical Manual 5 (DSM-5). The evaluation consisted of a structured clinical interview lasting approximately 60 minutes

## Results of Evaluation

Results of the evaluation show that Mr. McLaurin is not suffering from any chronic symptoms as a result of the incident on January 22, 2012. He reports that his immediate reaction in the situation was to "feel some fear when [he] saw the knife" and to be "worried for the safety of the women." His immediate fear was rated as a 7 (on a 1-10 point scale). Mr. McLaurin states that his "greatest effort was to stay calm so as to not escalate the situation."

Mr. McLaurin denies symptoms associated with Post-Traumatic Stress Disorder (PTSD) as a result of the incident. He states that he "thinks about what happened from time to time," but does not have intrusive memories or flashbacks. He reports that he and his wife (Sharon McLaurin) "do not go out as much, especially to unfamiliar restaurants." He reports that the worst part of the incident was "the outright disrespect" that felt humiliating to him. He further states that he thinks "it's ignorant in the 21st century for anyone to think and act like they do (i.e., waitress and motorcycle gang members). He is "not trusting of other races as much as [he] used to."

Mr. McLaurin served in the Army for 2 years of Active Duty and 2 years in the Army Reserve. He served one tour during Operation Desert Storm. He states that he is a patient at the Veterans Administration (VA) for depression and routine check-ups. He says that he was diagnosed with PTSD at the VA in September 2014. He reports that he "feels at peace with [his] life in general" and "is trying to relax and enjoy life."

Mr. McLaurin states that he has been employed at a Pepsi distributor in the position of loading truck since October 2014. Prior to that, he was employed for 8 years at a paint company. He states that he left that employment due to "lack of respect and not enough money."

## Summary & Recommendations

The results of this diagnostic evaluation indicate that Mr. McLaurin did experience mental anguish at the time of the incident in the form of fear that the situation might escalate and fear for the safety of his female companions and immediate feelings of humiliation. However, he does not appear to be experiencing significant lasting effects from the incident. It is possible that he is covering over symptoms, but it would be necessary to performance comprehensive psychological testing in order to make that determination.

Should you have any questions or need additional information, please contact me at 713-667-6047 or at drgayles@transformationworks.com.

Joyce M. Gayles

**Joyce M. Gayles, PhD**
**Clinical Psychologist**
**License No: TX22969**